IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE: : | |
| ROBERT M. BROSS, JR : | BK. No. 17-16952-MDC |
| PAMELA M. BROSS : | |
|     Debtors : | Chapter No. 13 |
| : | |
| FEDERAL NATIONAL MORTGAGE : | |
| ASSOCIATION ("FANNIE MAE") : | |
|     Movant : | |
| v. : | 11 U.S.C. §362 |
| ROBERT M. BROSS, JR : | |
| PAMELA M. BROSS : | |
|     Respondents : | |

ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 20th day of March, 2018, at **PHILADELPHIA**, upon Motion of **FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **3890 ROUND MEADOW LANE, HATBORO, PA 19040**(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*Magdeline D. C——*
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

JOSEPH L QUINN
THE LAW OFFICE OF STEPHEN ROSS PC
152 E. HIGH STREET, SUITE 100
POTTSTOWN, PA 19464

PAMELA M. BROSS
3890 ROUND MEADOW LANE
HATBORO, PA 19040

ROBERT M. BROSS, JR.
3890 ROUND MEADOW LANE
HATBORO, PA 19040

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107